ALONSO RIERA, DEMANDANTE Y APELADO, *v.* MADERA ET AL.,
DEMANDADOS Y APELANTES.

Corte de Distrito de San Juan, Primer Distrito.

No. 2659.—Resuelto en febrero 1, 1924.

Herminio Madera apela de una orden que lo declaró culpable de desacato a la corte por virtud de una alegada vio-

lación de la orden de injunction preliminar discutida ya en el caso de *Alonso* v. *Madera et al.*, (pág. 719).

Se *resolvió:* que de un examen cuidadoso de toda la prueba no resulta que los actos impugnados, de haber sido cometidos por Madera, se llevaron a efecto después de notificado el mandamiento, por lo cual se revocó la resolución apelada.

EL JUEZ ASOCIADO SR. HUTCHISON, emitió la opinión del tribunal.